Cite as 2025 Ark. 119

# SUPREME COURT OF ARKANSAS

IN RE ADOPTION OF THE
NEXTGEN BAR EXAMINATION

**Opinion Delivered:** June 12, 2025

**PER CURIAM**

The Arkansas Board of Law Examiners (Board) has recommended that the Court adopt the NextGen Bar Examination, which is prepared by the National Conference of Bar Examiners, beginning with the July 2028 examination for individuals seeking admission to the Arkansas Bar. As with the current Uniform Bar Examination, the NextGen Bar Examination will provide a portable score that is transferable to other participating jurisdictions. The Court is currently considering whether to adopt the NextGen Bar Examination in Arkansas consistent with the Board's recommendation.

Before making a final decision, the Court requests that the Board study the following issues, and any others that may be pertinent, and provide recommendations by December 31, 2026, regarding the implementation and implications of the NextGen Bar Examination:

(1) The outcomes and experiences of jurisdictions administering the NextGen Bar Examination in 2026;

(2) Alternative examination options available to Arkansas;

(3) Whether Arkansas should reintroduce an Arkansas-specific component to supplement omitted subjects; and if so, recommendations on content and administration;

(4) The recommended minimum passing score for bar examinees in Arkansas;

(5) The recommended minimum passing score for applicants seeking admission by transfer;

(6) If the NextGen Bar Examination is adopted, the appropriate date for Arkansas to begin accepting transferred NextGen Bar Examination scores; and

(7) Available data comparing the scoring and performance of the Uniform Bar Examination and the NextGen Bar Examination.

Members of the bench, the bar, and the public are invited to submit comments on these issues by December 31, 2026. Comments should be submitted in writing to: Kyle E. Burton, Clerk of the Arkansas Supreme Court, Attention: Arkansas Bar Examination, Justice Building, 625 Marshall Street, Little Rock, AR 72201, or by email: rulescomments@arcourts.gov.

The Court wishes to thank the Board members and our Office of Professional Programs staff for their hard work on this important topic.